**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| **STACY A. SCOTT JR.,**<br><br>*Plaintiff*<br><br>**v.**<br><br>**WENDY'S INTERNATIONAL, LLC, WEN SOUTH, LLC, TABITHA TARVER, TODD TULLER, MYKAYLA ROSS, and CHASTANNA GREEN**<br><br>*Defendants*. | **USND CASE NO: [To be assigned]**<br><br>**Removal from the Circuit Court of the Second Judicial Circuit, in and for Leon, County, Florida**<br><br>**State Case No:  2025-CA-002279** |

**DEFENDANT, WENDY'S INTERNATIONAL, LLC**

**NOTICE OF REMOVAL**

COMES NOW, Wendy's International LLC, (hereinafter the "Defendant") by and through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division. Defendant's grounds for removal are as follows:

**STATE COURT ACTION**

1.    On or about November 19, 2025, Plaintiff filed a Complaint against Defendant in the Circuit Court of the Second Judicial Circuit, in and for Leon

County, Florida (hereinafter, Plaintiff's "Complaint"), commencing the civil action styled Stacy A. Scott Jr. v. Wen South, LLC, Wendy's International, LLC, Tabitha Tarver, Todd Tuller, Mykayla Ross, Chastanna Green, Case No. 2025-CA-002279 (hereinafter, the "State Court Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2.      Plaintiff is *pro se.*

3.      On or about January 26, 2026, Defendant, Wendy's International LLC was served with a copy of the Complaint. A true and correct copy of the Confirmation of Service of Process is attached hereto as Exhibit "B."

4.      To the best of the Defendant's knowledge, the other Defendants have not been served in this case.

5.      No other pleadings have been filed in the State Court Action except the summons issued to the other Defendants. A true and correct copy of the State Court docket is attached hereto as Exhibit "C."

## TIMELINESS

6.      This Notice of Removal is filed within thirty (30) days of Defendant, Wendy's International LLC's, receipt of the Complaint by Service of Process, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION

6.      Removal is proper pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction).

7. Plaintiff's Complaint asserts claims arising under federal law, specifically:

- Counts X, XI, XII, and XIII under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.; and

- Counts XIV, under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219;

8. These federal claims form the basis for removal, as they arise under the laws of the United States.

9. Plaintiffs' remaining claims under Florida Common Law (Counts I-VI, VIII – IX), Florida's wage laws (Count VII), the Florida Civil Rights Act, Fla. Stat. § 760.01 et seq. (Count XV), are state-law claims that form part of the same case or controversy as the federal claims and are therefore removable as supplemental claims pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

## VENUE AND OTHER STATUTORY REQUIREMENTS

10. Venue is proper in the Tallahassee Division of the United States District Court for the Northern District of Florida because the State Court Action was filed in Leon County, Florida, which is encompassed within the Tallahassee Division pursuant to N.D. Fla. Loc. R. 3.1(A)(3).

11. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto copies of all process, pleadings, and orders served upon it in the State Court Action.

## CERTIFICATION

12.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, and will provide written notice to Plaintiffs.

WHEREFORE, Defendants respectfully remove this action to this Court.

DATED this 16th day of February 2026. Respectfully submitted,

Respectfully submitted,


HALL, BOOTH, SMITH, P.C.
200 West Forsyth Street, Ste 400
Jacksonville, FL 32202
Telephone:  (904) 236-4929

By:  /s/ *Shylie Bannon*
    Shylie Bannon
    Lead Counsel
    Florida Bar No.: 67886
    SBannon@hallboothsmith.com
    J. Dylan Uhrig
    Florida Bar No.: 1059068
    duhrig@hallboothsmith.com
    *Attorneys for Defendant*


(*Certificate of Service on next page*)


4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February 2026, I electronically filed the foregoing using the CM/ECF system and the Florida Courts' E-Filing Portal which will serve the Plaintiff:

Stacy A. Scott, Jr.
Suwannee Correctional Institution Annex
5964 US Highway 90
Live Oak, Florida 32060

/s/ Shylie Bannon
Shylie Bannon
Florida Bar No. 67886
J. Dylan Uhrig
Florida Bar No. 1059068
*Attorneys for Defendant*